In the Matter of BARBARA SPREITZER, Respondent, v THOMAS SPREITZER, Appellant. [947 NYS2d 887]

A fair preponderance of the credible evidence adduced at a fact-finding hearing supports the Family Court's determination that the former husband committed the family offenses of harassment in the second degree and aggravated harassment in the second degree (*see* Penal Law §§ 240.26, 240.30; *Matter of Yalvac v Yalvac*, 83 AD3d 853, 854 [2011]). Although the former husband's conduct did not rise to harassment in the first degree (*see* Penal Law § 240.25), since the evidence supported the Family Court's determination on the other family offenses, the order of protection was properly issued (*see* Family Ct Act § 842).

The former husband's remaining contentions are either unpreserved for appellate review or without merit. Angiolillo, J.P., Belen, Chambers and Austin, JJ., concur.